DAIMLERCHRYSLER c/o ESIS, Plaintiff-Appellant,

v.

LABOR AND INDUSTRY REVIEW COMMISSION
and Glenn May, Defendants-Respondents.

Supreme Court

*No. 2005AP544. Decided March 30, 2007.*

2007 WI 40

(Also reported in 729 N.W.2d 212.)

¶ 1. PER CURIAM. DaimlerChrysler moves the court to reconsider its opinion in *DaimlerChrysler v. Labor & Industry Review Comm'n,* 2007 WI 15, 299 Wis. 2d 1, 727 N.W.2d 311, on the ground that the court based its decision on a statute not in effect when the injury to Glenn May occurred.

¶ 2. The motion for reconsideration is denied.

¶ 3. However, to clarify the *DaimlerChrysler* opinion, we now add the following footnote at the end of the second sentence of ¶ 39:

> [17] Wisconsin Stat. § 102.32(6)(b) became effective March 30, 2004. Wis. Act 144. It was therefore not in effect at the time of May's accident. We draw on it here not as a statement of the law in 1999, but because it demonstrates that the LIRC's interpretation of § 102.18(1)(d) is reasonable.

¶ 4. Accordingly, the motion for reconsideration is denied, without costs.